**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WALTER F. GIBSON,**
               **Plaintiff,**

**-vs-**                                       Case No.  6:05-cv-1599-Orl-28KRS

**HEALTH MANAGEMENT ASSOCIATES,**
**INC., d/b/a University Behavioral Center,**
**JOSEPH V. VUMBACCO,**
**DAVID BEARDSLEY,**
               **Defendants.**

_____

## ORDER

This cause came on for consideration after oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR DISQUALIFICATION OF COUNSEL, MOTION TO COMPEL, MOTION FOR PROTECTIVE ORDER, AND MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT (Doc. No. 34)** |
| **FILED:** | **September 11, 2006** |

For the reasons stated on the record at the hearing held September 15, 2006, it is **ORDERED** that all copies of the allegedly privileged/protected documents identified at the hearing and currently retained by counsel for Plaintiff Walter F. Gibson shall be returned to counsel for Defendants Health Management Associates, Inc., d/b/a University Behavioral Center, Joseph M. Vumbacco, and David Beardsley by the close of business of Monday, September 18, 2006.  Counsel for Gibson may redact any personal annotations of those documents before returning the documents to counsel for the defendants.

It is **ORDERED** that on or before September 22, 2006, counsel for the defendants shall submit for *in camera* review the documents they contend are privileged or otherwise protected. The documents shall clearly identify the three documents Mr. Blanchfield recalls segregating from the other documents.

It is further **ORDERED** that pending resolution of the present motion, no person may use any of the documents identified at the hearing, or any information derived therefrom.

It is further **ORDERED** that the Gibson shall have until October 6, 2006, to file a response to the present motion. Gibson's oral motion to file a response in excess of twenty pages is **GRANTED**. Gibson's response shall not exceed thirty pages.

Inasmuch as the present motion also seeks to strike the Second Amended Complaint, doc. no. 29, I will treat it as a motion to strike under Federal Rule of Civil Procedure 12(f). Pursuant to Rule 12(a)(4), the deadline for responding to the Second Amended Complaint is tolled pending resolution of the present motion.

**DONE** and **ORDERED** in Orlando, Florida on September 17, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties